# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 17-93-SMM

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.

JOSHUA L. ROGERS,

      **Defendant.**

_____/

FILED by _____ D.C.

OCT 1 3 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER FINDING PROBABLE CAUSE

The Defendant, JOSHUA L. ROGERS, appeared before the Court on October 11, 2017 for a probable cause and detention hearing. The parties agreed that the evidence adduced at the detention hearing could serve as the basis for the Court's probable cause determination in this matter as well.

Defendant is charged in the Complaint with production of visual depictions of sexual exploitation of minors in violation of 18 U.S.C. § 2251(a) and distribution of visual depictions of sexual exploitation of minors in violation of 18 U.S.C. § 2252(A).

At the October 11, 2017 hearing, the Government proceeded by proffer and tendered FBI Task Force Officer ("TFO") Brian Broughton for cross-examination. The following evidence was established by the Government's proffer and TFO Broughton's testimony:

On September 3, 2017, Saint Lucie County Sheriff's Office deputies responded to a "Missing Person Juvenile/Runaway" call. On scene, the deputies met with the parents of missing juvenile, S.W., a sixteen-year-old female, who reported that S.W. was missing since September 2, 2017 and her whereabouts were unknown. On September 27, 2017, Saint Lucie

County Sheriff's Office detectives contacted the Martin County Sheriff's Office (MCSO) to inform them that S.W. was possibly in the company of a thirty-five year-old male identified as Defendant JOSHUA ROGERS.  Later that same day, Defendant drove into to the parking lot of Dunkin Donuts, located at 2004 Southeast Federal Highway, Stuart, Florida with S.W. as his passenger.  Law enforcement arrested Defendant and interviewed S.W., who admitted that she had been staying with Defendant at his Stuart residence since running away from her home.  Defendant was charged with interference with child custody.

On scene, S.W. admitted that she met Defendant online through the social application "Kik", an instant messaging mobile application.  S.W. stated that during her time with Defendant, he gave her alcohol, marijuana, and methamphetamine, and showed her how to smoke using a glass pipe.  S.W. also indicated that she and Defendant engaged in sexually explicit activity. She stated that Defendant recorded the sexual activity on numerous occasions using his Samsung cellular phone located in Defendant's residence. S.W. also stated that the methamphetamine and drug pipe were in a First Aid kit inside of Defendant's residence.  Lastly, S.W. stated that Defendant recently posted a personal ad on Craigslist containing explicit images of her and soliciting others for sexual activity with S.W. and Defendant.

Post *Miranda*, Defendant admitted to meeting S.W. through social media three or four months ago.  Defendant also admitted to picking S.W. up from a McDonalds in Jensen Beach, Florida a few weeks ago.  Defendant acknowledged that S.W. had been staying with him at his residence since that time.  Defendant denied sexual activity with S.W.

A state search warrant was obtained to search Defendant's residence and cellular phone(s).  The search warrant was executed on September 27, 2017.  Deputies seized a laptop, five cellular phones, and drug paraphernalia.   A search of Defendant's phones revealed

numerous images and videos (approximately 100 videos and 100 images) depicting sexually explicit conduct between S.W. and Defendant.   Some of the videos and images had been distributed to others via text communications and the Kik application.

Based on the foregoing, the Court finds that there is probable cause to believe violations of 18 U.S.C. § 2251(a) (production of visual depictions of sexual exploitation of minors) and 18 U.S.C. § 2252(A) (distribution of visual depictions of sexual exploitation of minors) were committed and that Defendant committed those offenses.   Arraignment has been set in this matter for **October 27, 2017, at 10:00 a.m.,** at the United States District Courthouse, Room #4074, 101 South U.S. Highway One, Fort Pierce, Florida, before the undersigned United States Magistrate Judge.

It is therefore **ORDERED AND ADJUDGED** that there is sufficient probable cause to believe Defendant committed the offenses set forth above and this matter shall proceed accordingly.

**DONE and ORDERED** in Chambers at Fort Pierce, in the Southern District of Florida, this 13th day of October, 2017.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
AUSA Daniel Funk
AFPD Panayotta Augustin-Birch